IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| LAVENIA I. FULTON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JO ANNE B. BARNHART, )<br>Commissioner of Social )<br>Security, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 9:04-22997-22BG<br><br><br>ORDER |

This matter comes before the undersigned upon the Plaintiff's May 6, 2005 motion for attorney's fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, which was verbally amended during a conference call between the parties. Specifically, the Plaintiff now seeks an award of attorney's fees in the amount of $3095.35 (representing 20.3 hours of attorney time at $152.48 per hour) and an award of costs in the amount of $150.00, following this Court's May 3, 2005 Order reversing and remanding the final decision of the Defendant. The Defendant has not filed any opposition to this motion.

Therefore, without opposition, **IT IS HEREBY ORDERED** that the Plaintiff's amended motion for attorney's fees in the amount of $3095.35 and an award of costs in the amount of $150.00 is **GRANTED**.

**IT IS SO ORDERED.**

_____
George C. Kosko
United States Magistrate Judge

May 25, 2005.
Charleston, South Carolina.